No. 01–8153. MOTLEY v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–8155. SKINNER v. WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 01–8156. CHRISTOPH v. RAINES ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–8157. DELEON v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–8158. COLWICK v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 01–8159. TETERS v. AGUIRRE ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–8160. TIDIK v. APPEALS JUDGES OF MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 01–8162. PEOPLES-HALL v. YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–8163. DEAN v. ODOM ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–8166. MARCELLO ET UX. v. MAINE DEPARTMENT OF HUMAN SERVICES. Sup. Jud. Ct. Me. Certiorari denied.

No. 01–8168. CARNET v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–8170. WELLS v. SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–8172. KALINOWSKI v. RYAN, GOVERNOR OF ILLINOIS; COOP v. HOLMES ET AL.; HALE v. SNYDER; and JAMES v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 01–8173. TURNBOE v. MCLEMORE, WARDEN. C. A. 6th Cir. Certiorari denied.